IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SAM REED SCRUGGS,
        Petitioner,

v.  **Judgment in a Civil Case**

C. DUCHESNE,
        Respondent.  Case Number: 5:11-HC-2184-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of petitioner's failure to respond to this court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on December 23, 2011, with service on:
Sam Reed Scruggs  09898-424, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)

December 23, 2011  /s/ Dennis P. Iavarone
        Clerk